UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80040-CV-MIDDLEBROOKS

SHLOMO (STEVE) KLEIN, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

MICRON TECHNOLOGY, INC., SANJAY
MEHROTRA, and MARK MURPHY,

      Defendants.

_____/

## ORDER ON JOINT MOTION TO CHANGE VENUE

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Transfer Venue, filed on April 1, 2025. (DE 37). Lead Plaintiffs and Defendants jointly move to transfer this class action matter, and any other subsequently filed related actions, to the United States District Court for the District of Idaho. In support, the Parties maintain that such transfer would be convenient for the Parties and in the interest of justice, as Defendant Micron Technology, Inc. is headquartered in Boise, and the vast majority of witnesses will be found in Idaho and California. (*Id.* at 2).

In determining whether venue is proper, a district court must "weigh the relevant factors and decide whether, on balance, a transfer would serve 'the convenience of parties and witnesses' and otherwise promote 'the interest of justice.'" *Atl. Marine Const. Co., Inc. v. U.S. Dist. Court for W. Dist. of Tex.*, 571 U.S. 49, 62–63 (2013). Upon a court's determination that it is not the proper venue for an action, it may dismiss the erroneous complaint or, in the alternative, transfer the matter to an appropriate venue pursuant to Title 28 United States Code § 1404, if doing so is

1

"in the interest of justice." 28 U.S.C. § 1404(a). As the Parties consent to a transfer, and in light of their averments, I find transferring this matter to be in the interest of justice.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Parties' Joint Motion (DE 37) is **GRANTED**.

2. The Clerk of Court **SHALL TRANSFER** this matter to the United States District Court for the District of Idaho.

3. The Clerk of Court shall **CLOSE** this matter in this district.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of April, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record